IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MICHAEL TAPHORN,

            Plaintiff,

vs.

UNION PACIFIC RAILROAD CO.,

            Defendant.

8:23CV339

ORDER

**IT IS ORDERED** that the motion to withdraw as counsel of record (Filing No. 91) is granted and Lucas Kaster is deemed withdrawn as counsel of record for Plaintiff in this case. The Clerk of Court shall terminate electronic notice to Lucas Kaster in this case.

Dated this 22nd day of January, 2026.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge