# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

**MICHAEL TAPHORN,**

           **Plaintiff,**

    **vs.**

**UNION PACIFIC RAILROAD CO.,**

           **Defendant.**

**8:23CV339**

**ORDER**

Upon notice of settlement given to the undersigned magistrate judge by counsel for defendant,

**IT IS ORDERED:**

1. On or before **August 13, 2026**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 13th day of July, 2026.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge